Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL GILLARD, et al.

Plaintiff(s),

v.

VOLKSWAGEN GROUP OF AMERICA, INC., et al.

Defendant(s).

Case No: 3:17-cv-07287

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregory F. Coleman, an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Deborah R. Rosenthal, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Greg Coleman Law PC, 800 S. Gay Street, Suite 1100, Knoxville, TN 37939 | Simmons Hanly Conroy LLC, 100 N. Sepulveda Boulevard, Suite 1350, Los Angeles, CA 90245 |
| MY TELEPHONE # OF RECORD: (865) 247-0080 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 536-3986 |
| MY EMAIL ADDRESS OF RECORD: greg@gregcolemanlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: drosenthal@simmonsfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TN014092.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 03/07/18

Gregory F. Coleman
APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gregory F. Coleman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/13/2018

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## ***Supreme Court of Tennessee***

## ***Certificate of Good Standing***

*I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

*Gregory Frederic Coleman*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 7, 1990, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 1st day of March, 2018.*

*James M. Hivner*
*Clerk of the Supreme Court of Tennessee*

*By:* Kitty Martin
*Kitty Martin, D.C.*