# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MADANI, SHANT BAKALIAN, ERIC WALLEY, and RICHARD DEVICO on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG,<br><br>Defendants. | CASE NO. 4:17-cv-07287-HSG<br><br>**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED FILINGS** |

The parties have stipulated to modify the briefing schedule relating to defendant Volkswagen Group of America, Inc.'s ("VWGoA") motion to dismiss Plaintiffs' Complaint, anticipated to be filed by April 2, 2018. Upon filing, the motion will scheduled for hearing on June 14, 2018 at 2:00 p.m. The opposition to said motion shall be filed by Plaintiffs no later than May 2, 2018, and VWGoA's reply to the opposition shall be filed no later than May 23, 2018. The Case Management Conference previously scheduled for March 27, 2018 is continued to June 14, 2018 at 2:00 p.m. to be handled along with the motion to dismiss. The filing date for Rule 26(f) Report, Case Management Statement, and Contents of Joint Case Management Statement, and the completion date for initial disclosures, are extended accordingly.

1

1 | The parties' stipulation is GRANTED.
2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
3 |
4 | Dated: March 16, 2018
5 | Haywood S. Gilliam, Jr.
  | United States District Judge