**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE MADANI, SHANT BAKALIAN, ERIC WALLEY, RICHARD DEVICO, and ROMSIN OUSHANA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG,<br><br>Defendants. | Case No. 4:17-cv-07287-HSG<br><br>**ORDER GRANTING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED FILINGS** |

The parties have proposed a briefing schedule relating to Defendants' motion to dismiss Plaintiffs' First Amended Complaint, with a hearing date to be scheduled on August 9, 2018. The parties' proposed briefing schedule is GRANTED.

The motion to dismiss shall be filed by Defendants no later than May 25, 2018. The opposition to said motion shall be filed by Plaintiffs no later than June 25, 2018, and Defendants' Reply to the opposition shall be filed no later than July 23, 2018.

The parties have further requested to continue the Case Management Conference from June 14, 2018 to August 9, 2018, the same day as the motion hearing, or to such other date thereafter. The parties' request is GRANTED except the hearing on the motion to dismiss and

1

the case management conference will be held on August 16, 2018 at 2:00 p.m. The filing date for the Rule 26(f) Report, Case Management Statement, Contents of Joint Case Management Statement, and the completion date for initial disclosures are extended accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 30, 2018

Haywood S. Gilliam, Jr.
United States District Judge

2

ORDER GRANTING BRIEFING SCHEDULE FOR MOTION
TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 4:17-CV-07287 HSG