# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GILLARD, MIKE MADANI, SHANT BAKALIAN, ERIC WALLEY, and RICHARD DEVICO, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG<br><br>Defendants. | Case No. 4:17-cv-07287-HSG<br><br>**ORDER TO RESCHEDULE INTITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Hearing on the Motion to Dismiss and the Case Management Conference will be held on September 27, 2018.

2. The filing date for the Rule 26(f) Report, Case Management Statement, Contents of Joint Case Management Statement, and the completion date for initial disclosures are extended accordingly.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | Dated: 7/11/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge