1   Crystal Foley (SBN 224627)
    SIMMONS HANLY CONROY LLC
2   100 N. Sepulveda Boulevard, Suite 1350
    Los Angeles, California 90245
3   Telephone: 310.322.3555
    Facsimile: 310.322.3655
4   cfoley@simmonsfirm.com

5   Paul J. Hanly, Jr. (admitted *pro hac vice*)
    Mitchell M. Breit (admitted *pro hac vice*)
6   SIMMONS HANLY CONROY LLC
    112 Madison Avenue
7   New York, New York 10016
    Telephone:  315.220.0134
8   Facsimile: 212.213.5949
    phanly@simmonsfirm.com
9   mbreit@simmonsfirm.com

10  *Attorneys for Plaintiffs*

11  Michael B. Gallub
    E-mail: *mgallub@herzfeld-rubin.com*
12  Homer B. Ramsey
    E-mail: *hramsey@herzfeld-rubin.com*
13  Herzfeld & Rubin, P.C.
    125 Broad Street
14  New York, N.Y. 10004
    Telephone (212) 471-8500; Facsimile (212) 344-3333
15  (Admitted Pro Hac Vice)

16  Craig L. Winterman (Bar No. 75220)
    E-mail: *cwinterman@hrllp-law.com*
17  Herzfeld & Rubin LLP
    1925 Century Park East, Suite 900
18  Los Angeles CA 90067
    Telephone: (310) 553-0451; Facsimile: (310) 553-0648
19
    Attorneys for Defendants
20

21                  **UNITED STATES DISTRICT COURT**

22                  **NORTHERN DISTRICT OF CALIFORNIA**

23  BRIAN GILLARD, MIKE MADANI, SHANT        Case No. 4:17-cv-07287-HSG
    BAKALIAN, ERIC WALLEY, and RICHARD
24  DEVICO, on behalf themselves and all others
    similarly situated,                       **STIPULATION AND ORDER TO**
25                                            **EXTEND BRIEFING SCHEDULE,**
                    Plaintiffs,               **RESCHEDULE CASE MANAGEMENT**
26                                            **CONFERENCE  AND RESCHEDULE**
           vs.                                **HEARING ON MOTION TO DISMISS**
27
    VOLKSWAGEN GROUP OF AMERICA,
28  INC., VOLKSWAGEN AG, and AUDI AG
                    Defendants.

8    Pursuant to L.R. 6-1(b), 6-2, and 7-12, Plaintiffs ("Plaintiffs") and Defendants ("Defendants")

9    (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

10    WHEREAS, on February 15, 2019 the Court entered an Order granting in part and denying in

11    part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint; ordering an Amended

12    Pleading to be filed on or before March 15, 2019; and scheduling a Case Management Conference

13    ("CMC") for April 16, 2019 with Case Management Statement ("CMS") due by April 9, 2019 (Dkt.

14    69);

15    WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on March 15, 2019

16    (Dkt. 71);

17    WHEREAS, Defendants filed their Motion to Dismiss the SAC ("MTD") on March 29, 2019

18    and the clerk's docketing entry set a response date of April 12, 2019; replies due by April 19, 2019;

19    and scheduled a hearing on the MTD for August 1, 2019 (Dkt. 72);

20    WHEREAS, Plaintiffs' counsel require a brief extension on their response to address the issues

21    raised in the MTD;

22    WHEREAS, Plaintiffs' counsel will be out of the country on August 1, 2019;

23    WHEREAS, counsel for the parties believe that the Court's rulings with respect to the MTD

24    will determine which claims, if any, are subject to litigation, and will therefore materially impact the

25    formulation of a Joint Case Management Statement and proposed discovery schedule.  In addition,

26    counsel for the parties do not have offices within this District.  Counsel respectfully submit that judicial

27

28

economy, as well as the parties' resources, would be conserved if the hearing on the MTD and the Case Management Conference be held on the same date;

WHEREAS the Parties have met and conferred and have jointly agreed, subject to the Court's approval, that Plaintiffs' response to the MTD shall be filed on or before May 13, 2019; that Defendants' reply shall be filed on or before June 7, 2019; that the hearing date on the MTD be moved up eight days to July 24, 2019; and that the presently scheduled CMC shall be adjourned to July 24, 2019 with CMS due on July 17, 2019;

WHEREAS, the requested extensions will not affect any other schedules in the case;

Plaintiffs and Defendants stipulate and agree as follows and request the Court enter an Order as follows:

1.      Plaintiffs' response to Defendants' Motion to Dismiss the Second Amended Complaint shall be filed on or before May 13, 2019;

2.      Defendants' Reply to Plaintiffs' response shall be filed on or before June 7, 2019;

3.      Hearing on the Motion to Dismiss will be held on July 24, 2019;

4.      The Case Management Conference currently scheduled for April 16, 2019 shall be adjourned to the date of the hearing on the Motion to Dismiss on July 24, 2019, with Case Management Statement due on July 17, 2019.

IT IS SO STIPULATED.

Dated:  April 5, 2019

                                                 Respectfully submitted,

                                                 SIMMONS HANLY CONROY LLC

                                                 By:  ___/s/ Mitchell M. Breit_____
                                                           MITCHELL M. BREIT

                                                      Attorneys for Plaintiffs

                                                 HERZFELD & RUBIN, P.C.

                                                 By:  __/s/ Michael B. Gallub_____
                                                           MICHAEL B. GALLUB

1    Attorneys for Defendants.

2    Dated:  April 5, 2019

3    Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from

4    the other signatories.

5

6                                                              By:      */s/ Mitchell M. Breit*
                                                                        *Mitchell M. Breit*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        3                                  STIPULATION AND ORDER
                                                                           CASE NO. 4:17-cv-07287-HSG

1

# ORDER

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Plaintiffs' response to Defendants' Motion to Dismiss the Second Amended Complaint shall be filed on or before May 13, 2019;

2. Defendants' Reply to Plaintiffs' response shall be filed on or before June 3, 2019;

3. Hearing on the Motion to Dismiss and the Case Management Conference will be held on July 18, 2019 at 2:00 p.m.

4. The filing date for the Case Management Statement is July 11, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 8, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER
CASE NO. 4:17-cv-07287-HSG