**SIMMONS HANLY CONROY LLC**
Crystal Foley (SBN 224627)
E-mail:cfoley@simmonsfirm.com
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, CA 90245
Tel.: (310) 322-3555 – Fax: (310) 322-3655

**SIMMONS HANLY CONROY LLC**
Paul J. Hanly, Jr. (admitted *Pro Hac Vice*)
E-mail: phanly@simmonsfirm.com
Mitchell M. Breit (admitted *Pro Hac Vice*)
E-mail: mbreit@simmonsfirm.com
112 Madison Avenue
New York, NY 10016
Tel.: (315) 220-0134 – Fax: (212) 213-5949

***Attorneys for Plaintiffs***

**HERZFELD & RUBIN, P.C.**
Michael B. Gallub (admitted *Pro Hac Vice*)
E-mail: mgallub@herzfeld-rubin.com
Homer B. Ramsey (admitted *Pro Hac Vice*)
E-mail: hramsey@herzfeld-rubin.com
125 Broad Street
New York, NY 10004
Tel.: (212) 471-8500 – Fax: (212) 344-3333

**HERZFELD & RUBIN LLP**
Craig L. Winterman (SBN 75220)
E-mail: cwinterman@hrllp-law.com
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Tel.: (310) 553-0451 – Fax: (310) 553-0648

***Attorneys for Defendant***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MIKE MADANI, ROMSIN OUSHANA, and JOHN CHESS, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC.

Defendant.

Case No. 4:17-cv-07287-HSG

**STIPULATION AND ORDER TO EXTEND DUE DATE TO FILE STIPULATION SETTING FORTH SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION**

Current Due Date: **August 21, 2019** Proposed Due Date: **August 28, 2019**

Pursuant to L.R. 6-1(b), 6-2, and 7-12, Plaintiffs ("Plaintiffs") and Defendant ("Defendant") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

WHEREAS, on February 15, 2019, the Court entered an Order granting in part and denying in part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint; and ordering an Amended Pleading to be filed on or before March 15, 2019 (Dkt. 69);

WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on March 15, 2019 (Dkt. 71);

WHEREAS, Defendant filed its Motion to Dismiss the SAC ("MTD-SAC") on March 29, 2019 (Dkt. 72);

WHEREAS, pursuant to the Parties' Stipulation approved by the Court, Plaintiffs' filed their Opposition to the MTD-SAC on May 13, 2019 (Dkt. No. 78) and Defendant filed its Reply on June 3, 2019 (Dkt. No. 79);

WHEREAS, pursuant to the Parties' Stipulation and Court Order, the Parties filed their First Amended Joint Case Management Statement on July 18, 2019 (Dkt. 82);

WHEREAS, on August 8, 2019 the Court entered an Order granting in part and denying in part Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint; ordering an Amended Pleading to be filed on or before August 22, 2019, and directing the Parties to file a stipulation and proposed order by August 21, 2019, setting forth a schedule for the case through class certification (Dkt. 84);

WHEREAS, Plaintiffs filed a Third Amended Complaint on August 19, 2019 (Dkt. 86);

WHEREAS, counsel for the Defendant would like to review the Third Amended Complaint and have sufficient time thereafter to meet and confer with Plaintiffs' counsel and present to the Court a joint proposed schedule for the case through class certification;

WHEREAS the Parties have met and conferred and have jointly agreed, subject to the Court's approval, that the Stipulation setting forth a schedule for the case through class certification shall be filed on or before August 28, 2019;

WHEREAS the requested brief extension will not affect any other schedules in the case;

1

STIPULATION AND ORDER TO EXTEND DUE DATE TO FILE STIPULATION SETTING FORTH SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION
CASE NO. 4:17-CV-07287-HSG

Plaintiffs and Defendant stipulate and agree as follows and request the Court enter an Order as follows:

**1.** The Parties' Stipulation and [Proposed] Order setting forth a schedule for the case through class certification shall be filed on or before **August 28, 2019.**

**IT IS SO STIPULATED.**

Dated: August 20, 2019

**SIMMONS HANLY CONROY LLC**

By: /s/ *Mitchell M. Breit.*
MITCHELL M. BREIT
Attorneys for Plaintiffs

Dated: August 20, 2019

**HERZFELD & RUBIN, P.C.**

By: /s/ *Michael B. Gallub*
MICHAEL B. GALLUB
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

## ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

I, Craig L. Winterman, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE TO FILE STIPULATION SETTING FORTH SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION.** In compliance with Local Rule 5-1(i)(3), I hereby attest that Mitchell M. Breit, counsel for Plaintiffs, has concurred in this filing.

Dated: August 20, 2019

**HERZFELD & RUBIN, LLP**

By: /s/ *Craig L. Winterman*
CRAIG L. WINTERMAN
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

## ORDER

Pursuant to the Parties' Stipulation, the Court hereby orders as follows:

1. The Parties' Stipulation and [Proposed] Order setting forth a schedule for the case through class certification shall be filed on or before **August 28, 2019**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/21/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1

STIPULATION AND ORDER TO EXTEND DUE DATE TO FILE STIPULATION SETTING FORTH SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION
CASE NO. 4:17-CV-07287-HSG