**SIMMONS HANLY CONROY LLC**
Crystal Foley (SBN 224627)
E-mail: cfoley@simmonsfirm.com
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, CA 90245
Tel.: (310) 322-3555 – Fax: (310) 322-3655

**SIMMONS HANLY CONROY LLC**
Paul J. Hanly, Jr. (admitted *Pro Hac Vice*)
E-mail: phanly@simmonsfirm.com
Mitchell M. Breit (admitted *Pro Hac Vice*)
E-mail: mbreit@simmonsfirm.com
112 Madison Avenue
New York, NY 10016
Tel.: (315) 220-0134 – Fax: (212) 213-5949

*Attorneys for Plaintiffs*

**HERZFELD & RUBIN, P.C.**
Michael B. Gallub (admitted *Pro Hac Vice*)
E-mail: mgallub@herzfeld-rubin.com
Homer B. Ramsey (admitted *Pro Hac Vice*)
E-mail: hramsey@herzfeld-rubin.com
125 Broad Street
New York, NY 10004
Tel.: (212) 471-8500 – Fax: (212) 344-3333

**HERZFELD & RUBIN LLP**
Craig L. Winterman (SBN 75220)
E-mail: cwinterman@hrllp-law.com
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Tel.: (310) 553-0451 – Fax: (310) 553-0648

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MADANI, ROMSIN OUSHANA and JOHN CHESS on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br><br>Defendants. | Case No. 4:17-cv-07287-HSG<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION**<br><br>Courtroom: 2<br>Judge: Haywood S. Gilliam, Jr. |

Pursuant to this Court's Order dated August 8, 2019, Dkt. No. 84, Plaintiffs and Defendant Volkswagen Group of America, Inc. (collectively, the "Parties") enter into this stipulation jointly proposing the following schedule through class certification:

| Event | Deadline |
|---|---|
| Defendant's response to Plaintiffs' Third Amended Complaint due: | September 23, 2019 |
| Close of Class Certification Discovery (including any merits discovery overlapping with class certification discovery) by: | September 11, 2020 |
| Plaintiffs' class certification motion and exchange of any expert reports on the issues pertaining to class certification due: | September 11, 2020 |
| Depositions of Plaintiffs' class certification experts to be completed: | October 12, 2020 |
| Defendant's opposition to class certification motion and exchange of any expert reports on the issues pertaining to class certification due: | November 11, 2020 |
| Depositions of Defendant's class certification experts to be completed: | December 11, 2020 |
| Plaintiffs' reply brief in support of class certification due: | January 7, 2021 |
| Hearing on Plaintiffs' class certification motion: | January 21, 2021 |

The Parties propose that setting any other dates at this time is premature until the Court has ruled on Plaintiffs' anticipated motion for class certification. The Parties therefore propose that the scheduling of all further dates, including deadlines pertaining to the conducting/completion of merits fact and expert discovery (including expert reports and depositions), motions for summary judgment and/or other relief, motions in limine, and any other discovery, motions or proceedings, be deferred until after the Court has issued its decision on Plaintiffs' anticipated class certification motion. The

Parties respectfully submit that the Court's ruling on class certification may have a significant impact upon this action including the substance and scope of further discovery.

**IT IS SO STIPULATED.**

Dated: August 26, 2019          **SIMMONS HANLY CONROY LLC**

By:   /s/ *Mitchell M. Breit*
      MITCHELL M. BREIT
      Attorneys for Plaintiffs

Dated: August 26, 2019          **HERZFELD & RUBIN, P.C.**

By:   /s/ *Michael B. Gallub*
      MICHAEL B. GALLUB
      Attorneys for Defendant
      VOLKSWAGEN GROUP OF AMERICA, INC.

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

I, Craig L. Winterman, am the ECF User whose ID and password are being used to file this **STIPULATION AND PROPOSED ORDER SETTING SCHEDULE FOR CASE THROUGH CLASS CERTIFICATION.**

In compliance with Local Rule 5-1(i)(3), I hereby attest that Mitchell M. Breit, counsel for Plaintiffs, has concurred in this filing.

Dated: August 26, 2019          **HERZFELD & RUBIN, LLP**


By:  /s/ *Craig L. Winterman*
    CRAIG L. WINTERMAN
    Attorneys for Defendant
    VOLKSWAGEN GROUP OF AMERICA, INC.

# ORDER

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Defendant's response to Plaintiffs' Third Amended Complaint shall be due by **September 23, 2019.**

2. Class Certification Discovery (including any merits discovery overlapping with class certification discovery) shall be completed by **September 11, 2020.**

3. Plaintiffs' class certification motion and exchange of any expert reports on the issues pertaining to class certification shall be due by **September 11, 2020.**

4. Depositions of Plaintiffs' class certification experts shall be completed by **October 12, 2020.**

5. Defendant's opposition to class certification motion and exchange of any expert reports on the issues pertaining to class certification shall be due by **November 11, 2020.**

6. Depositions of Defendant's class certification experts shall be completed by **December 11, 2020.**

7. Plaintiffs' reply brief in support of class certification shall be due by **January 7, 2021.**

8. Hearing on Plaintiffs' class certification motion will be held on **January 21, 2021.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/27/2019

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge