1 | Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY
2 | 100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, California 90245
3 | Telephone: 310.322.3555
Facsimile: 310.322.3655
4 | cfoley@simmonsfirm.com

5 | Paul J. Hanly, Jr. (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
6 | SIMMONS HANLY CONROY
112 Madison Avenue
7 | New York, New York 10016
Telephone: 315.220.0134
8 | Facsimile: 212.213.5949
phanly@simmonsfirm.com
9 | mbreit@simmonsfirm.com

10 | *Attorneys for Plaintiffs*

11 | Michael B. Gallub
E-mail: *mgallub@herzfeld-rubin.com*
12 | Homer B. Ramsey
E-mail: *hramsey@herzfeld-rubin.com*
13 | Herzfeld & Rubin, P.C.
125 Broad Street
14 | New York, N.Y. 10004
Telephone (212) 471-8500; Facsimile (212) 344-3333
15 | (Admitted Pro Hac Vice)

16 | Craig L. Winterman (Bar No. 75220)
E-mail: *cwinterman@hrllp-law.com*
17 | Herzfeld & Rubin LLP
1925 Century Park East, Suite 900
18 | Los Angeles CA 90067
Telephone: (310) 553-0451; Facsimile: (310) 553-0648
19 |
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN GILLARD, MIKE MADANI, SHANT BAKALIAN, ERIC WALLEY, and RICHARD DEVICO, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, and AUDI AG<br>Defendants. | Case No. 4:17-cv-07287-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

| | |
|---|---|
| 1 | Pursuant to L.R. 6-1(b), 6-2, and 7-12, Plaintiffs ("Plaintiffs") and Defendants ("Defendants") |
| 2 | (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals: |
| 3 | WHEREAS, on August 8, 2019 the Court entered an Order granting in part and denying in part |
| 4 | Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint; ordering a Third Amended |
| 5 | Pleading to be filed on or before August 22, 2019; (Dkt. 84); |
| 6 | WHEREAS, Plaintiffs filed their Third Amended Complaint ("TAC") on August 19, 2019 |
| 7 | (Dkt. 86); |
| 8 | WHEREAS, Defendants filed their Motion to Dismiss the TAC ("MTD") on September 24, |
| 9 | 2019 and the clerk's docketing entry set a response date of October 7, 2019; replies due by October |
| 10 | 15, 2019; and scheduled a hearing on the MTD for February 6,2020 (Dkt. 91); |
| 11 | WHEREAS, Plaintiffs' counsel require a brief extension on their response to address the issues |
| 12 | raised in the MTD; |
| 13 | WHEREAS, the Parties have met and conferred and have jointly agreed, subject to the Court's |
| 14 | approval, that Plaintiffs' response to the MTD shall be filed on or before October 21, 2019; that |
| 15 | Defendants' reply shall be filed on or before November 7, 2019; that the hearing date on the MTD |
| 16 | shall remain as docketed on February 6, 2020, based on the court's publicized calendar, unless the |
| 17 | court wishes to re-schedule the hearing for an earlier date; |
| 18 | WHEREAS, the requested extensions will not affect any other schedules in the case; |
| 19 | Plaintiffs and Defendants stipulate and agree as follows and request the Court enter an Order |
| 20 | as follows: |
| 21 | 1. Plaintiffs' response to Defendants' Motion to Dismiss the Third Amended Complaint |
| 22 | shall be filed on or before October 21, 2019; |
| 23 | 2. Defendants' Reply to Plaintiffs' response shall be filed on or before November 7, 2019; |
| 24 | 3. Hearing on the Motion to Dismiss will be held on February 6, 2020 or on such earlier |
| 25 | date if the court so advises; |

IT IS SO STIPULATED.

Dated: October 1, 2019

        Respectfully submitted,

        SIMMONS HANLY CONROY

        By:   */s/ Mitchell M. Breit*
              MITCHELL M. BREIT

        Attorneys for Plaintiffs

        HERZFELD & RUBIN, P.C.

        By:   */s/ Michael B. Gallub*
              MICHAEL B. GALLUB

        Attorneys for Defendants.

Dated: October 1, 2019

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

        By:   */s/ Mitchell M. Breit*
              *Mitchell M. Breit*

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, the Court hereby orders as follows: |
| 3 | 1. Plaintiffs' response to Defendants' Motion to Dismiss the Second Amended Complaint |
| 4 | shall be filed on or before October 21, 2019; |
| 5 | 2. Defendants' Reply to Plaintiffs' response shall be filed on or before November 7, 2019; |
| 6 | 3. Hearing on the Motion to Dismiss and the Case Management Conference will be held on |
| 7 | February 6, 2020 or on such earlier date if the court so advises. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/3/2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge