SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, California 90245
Telephone: 310.322.3555
Facsimile: 310.322.3655

*MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC*
280 S. Beverly Drive, Suite PH
Beverly Hills, CA 90212
*Attorneys for Plaintiff*

Craig L. Winterman (Bar No. 75220)
HERZFELD & RUBIN LLP
1925 Century Park East, Suite 900
Los Angeles CA 90067
Telephone: (310) 553-0451
Facsimile: (310) 553-0648
cwinterman@hrllp-law.com

Michael B. Gallub (admitted *pro hac vice*)
Brian T. Carr (admitted *pro hac vice*)
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, N.Y. 10004
Telephone (212) 471-8500
Facsimile (212) 344-3333
mgallub@herzfeld-rubin.com
bcarr@herzfeld-rubin.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHESS<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No. 4:17-cv-07287-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO FOURTH AMENDED COMPLAINT** |

Pursuant to L.R. 6-1(b), 6-2, and 7-12, Plaintiff ("Plaintiff") and Defendant ("Defendant")

(together, the "Parties") enter into this stipulation with reference to the following facts and recitals:

WHEREAS, on July 6, 2021 Plaintiff filed his Fourth Amended Complaint (Doc. No.119);

1    WHEREAS, the Parties have reached a class wide settlement of this matter, and a Motion for

2    Preliminary Approval of that settlement has been filed (Dkt. Nos. 121, 122, 123, 124, 125) and is set

3    for a hearing on September 16, 2021;

4    WHEREAS, in light of the proposed class settlement and pending Motion for Preliminary

5    Approval, the Parties agree that Defendant need not respond to the Fourth Amended Complaint at this

6    time, and hereby stipulate to continue and extend said deadline to respond indefinitely, pending further

7    Order of the Court, if necessary, after the Court decides the Motion for Preliminary Approval and the

8    anticipated Motion for Final Approval of the class action settlement; and

9    WHEREAS, good cause supports the requested extension to respond to the Fourth Amended

10   Complaint;

11   NOW, THEREFORE, it is hereby stipulated by and between the Parties to this action that

12   Defendant's deadline to respond to the Fourth Amended Complaint is hereby continued and extended

13   indefinitely, pending further Order of the Court, if necessary, after the approval motions relating to

14   the proposed class settlement are decided.

15   IT IS SO STIPULATED.

16   Dated:  July 15, 2021

17                                                          Respectfully submitted,

18
                                                           MILBERG COLEMAN BRYSON PHILLIPS
19                                                         GROSSMAN, PLLC

20
                                                           By:  */s/ Alex Straus*
21                                                                 ALEX STRAUS

22                                                               *Attorney for Plaintiffs*

23                                                         HERZFELD & RUBIN, P.C.

24
                                                           By:  */s/ Brian T. Carr*
25                                                                 BRIAN T. CARR (*pro hac vice*)

26                                                               *Attorney for Defendant*

27

28
                                                    1                    STIPULATION AND ORDER
                                                                         CASE NO. 4:17-cv-07287-HSG

Dated:  July 15, 2021

     Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                           By:     */s/ Alex Straus*

                                                  Alex Straus

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1

**ORDER**

2        As requested by the parties in their Stipulation, and good cause appearing therefore,

3   Defendant's deadline to respond to the Fourth Amended Complaint is hereby continued and

4   extended indefinitely, pending further Order of the Court, if necessary, after the approval motions

5   relating to the proposed class settlement are decided.

6        PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8   Dated:        7/19/2021        _____
                                   Hon. Haywood S. Gilliam, Jr.
9                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3