UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MANDANI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. 17-cv-07287-HSG<br><br>**ORDER REGARDING SUPPLEMENTAL FILING**<br><br>Re: Dkt. No. 146 |

    Plaintiffs' counsel filed a motion for attorneys' fees in connection with a proposed class action settlement. *See* Dkt. No. 139. In that motion, Plaintiffs' counsel asks for "a reduced lodestar of 1,590 hours equating to fees in the amount of $1,050,000.00." *Id.* at 11. At the hearing on the motion, the Court ordered Plaintiffs' counsel to submit a supplemental filing identifying counsel's lodestar and summarizing the timekeepers' rates and hours worked.

    Plaintiffs' counsel submitted a supplemental filing on August 25, 2022. *See* Dkt. No. 146. By the Court's calculation, however, the supplemental filing corroborates only 1,281.3 hours worked for total fees of $996,348.80. *See id.* Given the representation in footnote 3 of the supplemental filing that some timekeeper records have been lost, it is unclear if Plaintiffs' counsel is asking for a lower amount in fees than originally requested because the full hours worked cannot be substantiated.

//
//
//
//
//

1    In light of this, the Court **ORDERS** Plaintiffs' counsel to e-file a second supplemental
2 filing by September 6, 2022 that substantiates Plaintiffs' counsel's representation in its Motion for
3 Attorneys' Fees that it is seeking "a reduced" amount in fees with a "negative multiplier."  *See*
4 Dkt. No. 139 at 11.  The actual (i.e. non-reduced) lodestar must be supported with a summary of
5 hours worked by timekeeper.  The supplemental filing should also clarify what amount Plaintiff is
6 requesting in fees.

**IT IS SO ORDERED.**

Dated:   9/2/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

2